UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:10-00102

EDWARD R. ELLIS, JR.

O R D E R

Upon the Motion of the United States to Continue Sentencing, filed by its counsel, Hunter P. Smith, Jr., Assistant United States Attorney, on October 1, 2010, wherein it requests that the sentencing hearing scheduled for October 26, 2010, be continued in order to allow the parties more time to consider resolving possible objections to the Presentence Report; and the defendant, by his counsel, Stephen P. New, having no objection as set forth in the motion and as related to the court's clerk; it is ORDERED that the sentencing hearing be, and it hereby is, continued to 1:30 p.m. on December 9, 2010.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED: October 5, 2010

John T. Copenhaver, Jr.
United States District Judge